# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

DARRYL P. MITCHELL,

      Petitioner,

-vs-

UNITED STATES OF AMERICA,

      Respondent.

_____/

CIVIL NO.   07-CV-10624
CRIM. NO.   00-CR-80675

PAUL D. BORMAN
UNITED STATES DISTRICT JUDGE

DONALD A. SCHEER
UNITED STATES MAGISTRATE JUDGE

## ORDER
## (1) ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION; AND (2) GRANTING RESPONDENT'S MOTION TO DISMISS PETITIONER'S MOTION

Before the Court is the Magistrate Judge's November 20, 2007 Report and Recommendation granting Respondent's Motion to Dismiss Petitioner's Motion to Vacate, Set Aside, or Correct Sentence. Neither party has filed timely objections under 28 U.S.C. § 636(b)(1) and E.D. Mich L.R. 72.1(d). Having reviewed the Magistrate Judge's conclusions of fact and discussion of law, the Court hereby:

(1)     **ADOPTS** the Magistrate Judge's Report and Recommendation (Doc. No. 143); and

(2)     **GRANTS** Respondent's Motion to Dismiss Petitioner's Motion to Vacate, Set Aside, or Correct Sentence (Doc. No. 139).

**SO ORDERED.**

                                        s/Paul D. Borman
                                        PAUL D. BORMAN
                                        UNITED STATES DISTRICT JUDGE

Dated: December 18, 2007

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on December 18, 2007.

                                                s/Denise Goodine
                                                Case Manager