**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

**DARRYL P. MITCHELL,**

    Petitioner,

v.

**UNITED STATES OF AMERICA,**

    Respondent.
_____/

CRIMINAL NO. 00-80675
CIVIL NO. 07-10624
HON. PAUL D. BORMAN

## JUDGMENT

This action came before the Court, Honorable Paul D. Borman, District Judge, presiding, and the issues having been duly considered and a decision having been duly rendered,

It is **ORDERED** and **ADJUDGED** that Respondent's Motion to Dismiss Petitioner's Motion to Vacate, Set Aside, or Correct Sentence is **GRANTED.**

Dated at Detroit, Michigan this 17th day of December, 2007.

DAVID WEAVER
CLERK OF THE COURT

s/Denise Goodine
Denise Goodine
Deputy Clerk